**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                        **NO. 4:04-CR-00169-19-WRW**

**KEITH HOLMES**

## ORDER

Pending is Defendant's request to modify his conditions of release.

For good cause shown and because the Prosecution does not object, the request is GRANTED. Accordingly, Defendant's conditions of release are modified from home detention to curfew from 8 p.m. to 8 a.m., with electronic monitoring. All other conditions of release remain.

IT IS SO ORDERED this 12th day of April, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE