IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Pat Harris** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: R. Hollins** |
| **KEITH HOLMES** | |
| **counsel: Jerry Larkowski** | |
| **counsel:** | **Date: April 29, 2008** |
| | **CASE NO: 4:04CR00169-19-WRW** |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 3:40 p.m.**                                                                                        **End: 3:50 p.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke GRANTED; BOP 10 MONTHS; residential substance abuse treatment; mental health counseling, no supervised release to follow.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**